# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2025

*The Court of Appeals hereby passes the following order:*

A25E0064.  BANKS COUNTY GOLF, LLC, et al. v. TOWN OF HOMER, GEORGIA, et al.

On December 30, 2024, the Superior Court of Banks County entered an final order granting Appellee attorneys' fees under OCGA § 9-15-14. On January 28, 2025, counsel for the Appellants filed an emergency motion, under Court of Appeals Rule 40 (b), seeking an extension of time in which to file an application for a discretionary appeal of the Superior Court's order. The Appellants' motion is hereby *GRANTED*. Counsel for the Appellants has until February 28, 2025, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/28/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*